UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-------------------------------------------------------x
UNITED STATES OF AMERICA,  Case No: 8-16-cv-1261-EAK-JSS

    Plaintiff,

ex. rel. HILDA BULKU,

    Relator,
v.            **NOTICE OF APPEARANCE**

LINCARE HOLDINGS, INC.,

    Defendant.
-------------------------------------------------------x

To the Clerk of Court:

  The undersigned hereby appears for Plaintiff. Please change your records accordingly and direct all future correspondence and telephone inquiries to the address and telephone number below.

Dated: New York, New York
   November 25, 2019

          **KAISER SAURBORN & MAIR, P.C.**
          Attorneys for Plaintiff

        By: /s/ Daniel J. Kaiser
          Daniel J. Kaiser, Esq.

         30 Broad Street, 37th floor
         New York, New York 10004
         (212) 338-9100
         (212) 338-9088 (Fax)
         kaiser@ksmlaw.com